IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-501 (ER) (CJB) |
| | ) |
| SHOPIFY, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jinnie L. Reed of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., One Financial Center, Boston, MA 02111 to represent defendant Shopify, Inc. ("Shopify") in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

_____
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

December 12, 2017

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Jinnie L. Reed is granted.


Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and that pursuant to D. Del. LR 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/6/17

Jinnie L. Reed
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
 AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1604

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 12, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Rosemary J. Piergiovanni, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for DDR Holdings, LLC* | *VIA ELECTRONIC MAIL* |
| Louis J. Hoffman, Esquire<br>LOUIS J. HOFFMAN, P.C.<br>7689 East Paradise Lane, Suite 2<br>Scottsdale, AZ  85260<br>*Attorneys for DDR Holdings, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)